HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR - 51689
CHRISTINA NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Plaintiff
Central Transport International, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL TRANSPORT INTERNATIONAL, INC., | No. C-05-2284-SC |
| Plaintiff, | **ORDER APPROVING STIPULATION** |
| v. | |
| DISPATCH SERVICES, INC., | |
| Defendant. | |

Based on the Stipulation For Entry of Judgment ("Stipulation") of the parties and good cause appearing:

IT IS ORDERED that the Stipulation in this action be, and hereby is, approved and confirmed. If Defendant fails to make any of the payments required by Paragraph No. 2 of the Agreement when due, Defendant shall be in default. If Defendant fails to cure said default as provided for in the parties' Settlement Agreement and Release of Claims, then Plaintiff's counsel of record herein may immediately submit to this Court a declaration of default, at which time the Court shall enter judgment based upon such default. In the event that Plaintiff requests judgment based on such default, Plaintiff will credit Defendant with any payments made pursuant to this stipulation.

IT IS FURTHER ORDERED that the Stipulation sets forth a full and complete settlement of this action. Therefore, from the date of this order until entry of judgment or dismissal

of this action as provided in the Stipulation, no further activity shall be required in this case, and all pending dates and deadlines, including the trial date and any dates set forth in the local rules and related orders shall have no application to this case, and all further conferences are hereby ordered off-calendar pending further order of this Court.

DATED: _June 14, 2006_



IT IS SO ORDERED

Judge Samuel Conti

---

ORDER APPROVING STIPULATION

2

36509.1