HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR - 51689
CHRISTINA NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Plaintiff
Central Transport International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CENTRAL TRANSPORT INTERNATIONAL, INC., | No. C-05-2284-SC |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |
| v. | ORDER |
| DISPATCH SERVICES, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action, through their respective counsel, hereby stipulate to dismiss this action without prejudice. The terms of the parties' Settlement Agreement & Release of Claims and Stipulation for Entry of Judgment shall remain in full force and effect, and are not altered, modified or waived by this Stipulation To Dismiss Action Without Prejudice.

Dated: June 14, 2006       HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

                           By: /s/ Christina M. Nugent
                           Christina M. Nugent
                           Attorneys for Plaintiff CENTRAL TRANSPORT INTERNATIONAL, INC.

1  Dated: June 14, 2006         PAHL & GOSSELIN, A PROFESSIONAL LAW
2                               CORPORATION
3                         By:   _____
4                               Servando Sandoval
                                Attorney for Defendant DISPATCH SERVICES,
5                               INC.

**IT IS SO ORDERED**
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

38744.1